**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GIANCARLO MARTINEZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:22-CV-00692-LY |
| COMMUNITY BRANDS PARENTCO. | § | |
| LLC, and YOURMEMBERSHIP COM, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | | |

## LOCAL RULE CV-88 JOINT ADR REPORT

In accordance with the Parties' Scheduling Order, Plaintiff/Counter-Defendant Giancarlo Martinez ("Plaintiff") and Defendants/Counter-Plaintiffs Community Brands Parentco, LLC and Yourmembership.com, Inc. (collectively, "Defendants") (together, the "Parties") submit this Local Rule CV-88 Joint ADR Report and respectfully state as follows:

1.      On February 17, 2023, the Court entered a Scheduling Order, requiring the Parties to report on Alternative Dispute Resolution, in compliance with Rule CV-88. ECF 23 ¶ 4.

2.      In accordance with the Scheduling Order, the Parties exchanged written offers and demands on February 3, 2023 and March 1, 2023.

3.      To date, the Parties have engaged in some written discovery, and the Parties anticipate completing depositions by their existing June 30, 2023 discovery deadline.

4.      In accordance with Rule CV-88(a), the parties have selected mediation as their agreed-upon method of ADR. The parties intend to mediate on or before October 31, 2023. The Parties anticipate that any mediation would not occur until after the close of discovery. The Parties are actively conferencing regarding the selection of a mediator.

5.     As required by Rule CV-88(g), the Parties will submit a Final ADR Report at the conclusion of their mediation.

Respectfully submitted,

GIANCARLO MARTINEZ

By his attorneys,

**BROWN FOX PLLC**

*/s/ Morgan M. Buller*
**Brandi J. McKay**
State Bar No. 24075380
brandi@brownfoxlaw.com
**Morgan M. Buller**
State Bar No. 24109670
morgan@brownfoxlaw.com
6303 Cowboys Way, Suite 450
Frisco, TX 75034
T: 972.707.1860
F: 214.327.5001

Dated: April 21, 2023

COMMUNITY BRANDS PARENTCO. LLC, and YOURMEMBERSHIP COM, INC.,

By its attorneys,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Stefanie R. Moll*
**Stefanie R. Moll**
State Bar No. 24002870
stefanie.moll@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, TX 77002
T:  713.890.5780
F:  713.890.5001

**Gabriel S. Gladstone** (*pro hac vice*)
MA Bar No. 690460
gabriel.gladstone@morganlewis.com
1 Federal Street
Boston, MA 02110
T: 617.341.7700
F: 617.341.7701

Dated: April 21, 2023

## **CERTIFICATE OF SERVICE**

I, Stefanie R. Moll, hereby certify that on this 21st day of April, 2023, a true and correct copy of the Joint ADR Report was served upon the following recipients via electronic mail:

Brandi J. McKay
Morgan M. Buller
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, TX 75034
T: 972.707.1860
F: 214.327.5001
brandi@brownfoxlaw.com
morgan@brownfoxlaw.com

*Counsel for Plaintiff*

*/s/ Stefanie R. Moll*
Stefanie R. Moll